IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBORAH L. JENNINGS,

    Plaintiff,

v.                                           Case No. 4:16-CV-00821-SNLJ

ANNETT HOLDINGS, INC. d/b/a TMC
TRANSPORTATION, INC.,

    Defendant.

## PLAINTIFF'S DEPOSITION DESIGNATIONS

1.     Celeste Blum:

   Page:Line
   5:13 -31:8
   31:16 -40:13

2.     Todd Bunting (6/9/15 deposition):

   Page:Line
   7:15 -7:17
   8:2 -9:16
   17:25 -18:22
   25:4 -25:15
   26:3 -26:22
   28:13 -31:8
   34:25 -36:22

3.     Todd Bunting (5/9/17 deposition):

   Page:Line
   4:1 -4:1
   5:7 -9:2
   9:7 -12:12
   12:20 -15:12
   16:6 -17:1
   18:11 -19:22

- 1 -

4. Thomas R. Piazza, CCM:

**Page:Line**
5:13 -5:15
13:19 -14:17
13:19 -14:17
15:22 -18:1
19:5 -21:12

Plaintiff expects to use the depositions of defendant's experts to cross-examine them; however, until they give their live testimony, it is unknown what portions of the deposition will be used for cross-examination.

Date: September 18, 2017

Respectfully submitted,

**/s/ Maurice B. Graham**
Maurice B. Graham                 18029MO
GRAY, RITTER & GRAHAM, P.C.
Attorneys for Plaintiff
701 Market Street, Suite 800
St. Louis, MO  63101-1826
(314) 241-5620; fax: (314) 241-4140
mgraham@grgpc.com

John P. Heisserer
Co-Counsel for Plaintiff
160 S. Broadview, 4th Floor
P.O. Box 1568
Cape Girardeau, MO  63702-1568
(573) 334-6061; fax: (573) 334-6061
jheisserer@capelawfirm.com