# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DEBORAH L. JENNINGS,<br><br>    Plaintiff,<br><br>v.<br><br>ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, INC.,<br><br>    Defendant. | Case No. 4:16-CV-00821-SNLJ |

## PLAINTIFF'S EXHIBIT LIST

| Plaintiff's Exhibit No. | Description | Will Be Offered | May Be Offered | Authenticated by Affidavit |
|---|---|---|---|---|
| 1 | Rock Township Ambulance records<br>JENNINGS185-191 | X | | X |
| 2 | St. Anthony's Medical Center records<br>JENNINGS192-5386<br>JENNINGS5401-5451<br>JENNINGS5524-5840<br>JENNINGS6000-6003 | X<br>X<br>X<br>X | | X<br>X<br>X<br>X |
| 3 | St. Anthony's Neurosurgery Services and St. Anthony's Physician Organization Fangxiang Chen, M.D. records<br>JENNINGS5387-5400<br>JENNINGS6004-6063 | X<br>X | | X<br>X |
| 4 | Brent V. Stromberg, MD records<br>JENNINGS6193-6206 | X | | X |
| 5 | St. Francis Medical Center<br>JENNINGS6276-6362 | X | | X |
| 6 | Metropolitan Neurology, Ltd.<br>Venkat K. Rao-Chintapally, M.D. records<br>JENNINGS6143-6150 | X | | X |
| 7 | Eye Care Specialists, LLC<br>David J. Westrich, MD, FACS records<br>JENNINGS6130-6136 | X | | X |
| 8 | Walmart Vision Center<br>Dr. Joel Allison records<br>JENNINGS5841-5843 | X | | X |

1582931 / 2693 / 140176

| Plaintiff's Exhibit No. | Description | Will Be Offered | May Be Offered | Authenticated by Affidavit |
|---|---|---|---|---|
| 9 | The Dale & Hancock Center records and report<br>JENNINGS125-150<br>JENNINGS151 (report)<br>JENNINGS6363-6365 | X<br>X<br>X | | X |
| 10 | Janet B. Ruopp, DDS records<br>JENNINGS6120-6124 | X | | X |
| 11 | Hanger Prosthetics records<br>JENNINGS6234-6239 | X | | X |
| 12 | IPC – The Hospitalist Company<br>JENNINGS5914-5927 | X | | X |
| 13 | Photographs of Deborah Jennings | X | | |
| 14 | **Medical bills:** | | | |
| | 14A - Rock Township Ambulance<br>JENNINGS5499-5500 | X | | X |
| | 14B - St. Anthony's Medical Center<br>JENNINGS5857-5901 | X | | X |
| | 14C – South County Radiologists<br>JENNINGS5490-5493 | X | | X |
| | 14D – St. Anthony's Neurosurgery<br>JENNINGS5494-5496 | X | | X |
| | 14E - South County Anesthesia<br>JENNINGS6151-6157 | X | | X |
| | 14F - Inpatient Consultants of Missouri<br>JENNINGS5501-5509 | X | | X |
| | 14G - Emergency Physicians<br>JENNINGS5928-5930 | X | | X |
| | 14H - Brent V. Stromberg, MD<br>JENNINGS6190-6192 | X | | X |
| | 14I - Tekwani Vision Center<br>JENNINGS5510-5512 | X | | X |
| | 14J – Metropolitan Neurology, Dr. Rao<br>JENNINGS6139-6142 | X | | X |
| | 14K - Eye Care Specialists, Dr. Westrich<br>JENNINGS6128-6129 | X | | X |
| | 14L – Walmart - Dr. Joel Allison<br>JENNINGS5452 | X | | |
| | 14M - The Dale & Hancock Center<br>JENNINGS123-124<br>JENNINGS6207 | X | X | X |
| | 14N - Janet B. Ruopp, DDS<br>JENNINGS6118-6119 | X | | X |

- 3 -

| Plaintiff's Exhibit No. | Description | Will Be Offered | May Be Offered | Authenticated by Affidavit |
|---|---|---|---|---|
| | 14O - Hanger Prosthetics JENNINGS6247-6242 | X | | X |
| | 14P - Rehabilitation Medicine Specialists JENNINGS6261-6265 | X | | X |
| | 14Q – St. Francis Medical Center JENNINGS6266-6275 | X | | X |
| | 14R – Surgical Specialists JENNINGS6243-6260 | X | | X |
| | 14S – MediCenter Pharmacy JENNINGS6137-6138 | X | | X |
| 15 | Medical bills summary | X | | |
| 16 | **Tax returns:**<br><br>16A - 2009 tax returns<br>16B – 2010 tax returns<br>16C – 2011 tax returns<br>16D – 2012 tax returns<br>16E – 2013 tax returns<br>16F – 2014 tax returns<br>16G – 2015 tax returns | | X<br>X<br>X<br>X<br>X<br>X<br>X | |
| 17 | Employment records | | X | X |
| 18 | Thomas Green's CV | | X | |
| 19 | Don Hess's CV | | X | |
| 20 | Dr. Lee Branscome's CV | | X | |
| 21 | Celeste Blum deposition | | X | |
| 22 | Shawn Mueller deposition | | X | |
| 23 | David Pierce deposition taken 5/8/15 | X | | |
| 24 | David Pierce deposition taken 5/9/17 | X | | |
| 25 | Todd Bunting deposition taken 6/9/15 | X | | |
| 26 | Todd Bunting deposition taken 5/9/17 | X | | |
| 27 | Thomas Piazza deposition | | X | |
| 28 | Thomas Schaefer deposition | | X | |
| 29 | Utahna Hancock deposition | | X | |
| 30 | Photos of scene taken by Pierce | X | | |
| 31 | Missouri Commercial Driver License Manual | X | | |
| 32 | Louisiana Commercial Driver's License Manual | X | | |
| 33 | Peterbilt Model 387 Operator's Manual | X | | |
| 34 | Jacobs Engine Brake Operator's Manual | X | | |

1582931 / 2693 / 140176

| Plaintiff's Exhibit No. | Description | Will Be Offered | May Be Offered | Authenticated by Affidavit |
|---|---|---|---|---|
| 35 | Photos of Peterbilt taken by Thomas Green | | X | |
| 36 | Photo of Peterbilt, TMC 0008 | | X | |
| 37 | David Pierce cell phone records | | X | |
| 38 | TMC position report | | X | |
| 39 | TMC hard brake data | | X | |
| 40 | TMC Driver Handbook | | X | |
| 41 | TMC driver's logs | | X | |
| 42 | Jefferson County 911 Dispatch event chronology | | X | |
| 43 | Arnold Police Department Event Report | | X | |
| 44 | Photos of scene taken by Kenneth Jaworski | | X | |
| 45 | TMC 412-413 (Mr. Seeman letter) | | X | |
| 46 | TMC 420-421 (Mr. Seeman letter) | | X | |
| 47 | Arnold Police Department report | X | | |

Date: September 18, 2017

Respectfully submitted,

**/s/ Maurice B. Graham**
   Maurice B. Graham             18029MO
   GRAY, RITTER & GRAHAM, P.C.
   Attorneys for Plaintiff
   701 Market Street, Suite 800
   St. Louis, MO  63101-1826
   (314) 241-5620; fax: (314) 241-4140
   mgraham@grgpc.com

John P. Heisserer
Co-Counsel for Plaintiff
160 S. Broadview, 4th Floor
P.O. Box 1568
Cape Girardeau, MO  63702-1568
(573) 334-6061; fax: (573) 334-6061
jheisserer@capelawfirm.com

1582931 / 2693 / 140176