IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH L. JENNINGS ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.:  4:16-cv-00821-SNLJ |
| ) | |
| ANNETT HOLDINGS, INC. ) | |
| d/b/a TMC TRANSPORTATION, INC. ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT TMC TRANSPORTATION, INC.'S ADDITIONAL PROPOSED JURY INSTRUCTION

1. MAI 33.03(1) **[**1995 Revision] Instructions Conversing Verdict Directing 17.01 Using "Unless You Believe" Introduction (Conversing Fact on Which Negligence is Predicated).

Respectfully submitted,

ROBERTS PERRYMAN PC

/s/ Ted L. Perryman
Ted L. Perryman, 28410MO
Korissa M. Zickrick, 56069MO
1034 S. Brentwood Blvd., Suite 2100
St. Louis, MO 63117
(314) 421-1850/(314) 421-4346 Facsimile
*Attorneys for Defendant TMC Transportation, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing has been sent electronically and by U.S. mail, postage pre-paid this 2nd day of October, 2017 to all counsel of record.


Maurice Graham
GRAY RITTER AND GRAHAM
701 Market, Suite 800
St. Louis, MO 63101-1826
mgraham@grgpc.com

John P. Heisserer
RICE, SPATH, SUMMERS & HEISSERER
160 S. Broadview, 4th Floor
P.O. Box 1568
Cape Girardeau, MO 63702-1568
jheisserer@capelawfirm.com


                  /s/ Ted L. Perryman

## INSTRUCTION

Your verdict must be for Defendant TMC Transportation, Inc. unless you believe David Pierce drove at an excessive speed.

33.03 [1995 Revision] Instructions Conversing Verdict Directing 17.01 Using "Unless You Believe" Introduction. 33.03(1) (Conversing Fact on Which Negligence is Predicated)
Submitted by Defendant