IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEBORAH L. JENNINGS,

    Plaintiff,

v.                                Case No. 4:16-CV-00821-SNLJ

ANNETT HOLDINGS, INC. d/b/a TMC
TRANSPORTATION, INC.,

    Defendant.

## PLAINTIFF'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

1. Utahna Hancock Deposition Taken September 20, 2017:

    Page:Line
    6:3 -16:11
    16:14 -18:14
    18:16 -19:24
    20:3 -37:9

2. Celeste Blum Deposition Taken October 3, 2017:

    Page:Line
    5:3 -6:7
    7:10 -23:5
    23:17 -25:23
    26:3 -31:21
    32:3 -34:2
    34:9 -35:1
    35:5 -35:7

3. Mark A. Drake, M.D. Deposition taken October 10, 2017:

    Page:Line
    6:7 -17:17
    18:3 -18:23
    19:3 -24:17
    24:22 -25:5

Plaintiff continues to reserve the right to use the depositions of defendant's experts to cross-examine them; however, until they give their live testimony, it is unknown what portions of the deposition will be used for cross-examination.

Date: October 12, 2017

Respectfully submitted,

**/s/ Maurice B. Graham**
　Maurice B. Graham　　　　18029MO
　GRAY, RITTER & GRAHAM, P.C.
　Attorneys for Plaintiff
　701 Market Street, Suite 800
　St. Louis, MO  63101-1826
　(314) 241-5620; fax: (314) 241-4140
　mgraham@grgpc.com

　John P. Heisserer
　Co-Counsel for Plaintiff
　160 S. Broadview, 4th Floor
　P.O. Box 1568
　Cape Girardeau, MO  63702-1568
　(573) 334-6061; fax: (573) 334-6061
　jheisserer@capelawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties.

**/s/ Maurice B. Graham**
　Maurice B. Graham　　　　18029MO
　GRAY, RITTER & GRAHAM, P.C.
　Attorneys for Plaintiff
　701 Market Street, Suite 800
　St. Louis, MO  63101-1826
　(314) 241-5620; fax: (314) 241-4140
　mgraham@grgpc.com